## CAMPBELL *v.* WASHINGTON STATE BAR ASSN.

No. 1324, Misc.   Decided March 24, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.